Shah Peerally (CA Bar No: 230818)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Petitioner: AMAR BELLAHA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO, CALIFORNIA**

| | |
|---|---|
| AMAR BELLAHA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Alberto Gonzales, Attorney General of the ) <br> United States; Michael Chertoff, Secretary of the ) <br> Department of Homeland Security; Emilio ) <br> Gonzelez, Director of United States Citizenship & ) <br> Immigration Services; Robert S. Mueller, III, ) <br> Director of the Federal Bureau of Investigations; ) <br> Christina Poulos, Director of the California Service ) <br> Center; et al; ) <br> ) <br> Defendants ) <br> _____) | Case No. C07-02872 PJH <br><br> CIVIL ACTION <br> TO COMPEL DEFENDANTS <br> TO COMPLETE <br> NATURALIZATION PROCESS <br><br> INS A# 076-364-228 |

**To the Honorable Judges of Northern District of California San Francisco Court:**

Plaintiff, Amar Bellaha, through undersigned counsel, alleges as follows:

**INTRODUCTION**

1. This is a civil action brought pursuant to 8 U.S.C. § 1447, 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq.* to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2. This action is brought to compel Defendants and those acting under them to take action on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized

Citizen of the United States. The Application was filed with the San Francisco Naturalization Service's District Office in San Francisco California on August 19, 2005 by Amar Bellaha. Amar Bellaha was interviewed by an Immigration Officer on December 15, 2005 and successfully passed the English language and history and government tests. (See Ex. 1, Form N-652, Naturalization Interview, for proof of successful passage of both tests). To this day, one year and five months after the interview, Amar Bellaha still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

**FACTS**

6. Amar Bellaha is a native and citizen of Morocco. Amar Bellaha received his Permanent Resident status as a result of a religious-based petition. (See Ex. 2, copy of Amar Bellaha's Resident Alien Card, front and back.)

7. Amar Bellaha's Permanent Resident Status was granted on November 17th 2000 (See Ex. 2), and he became statutorily eligible to file Form N-400, Application for Naturalization, on August 17th 2005, four years and nine months after grant of Permanent Resident Status.

8. Amar Bellaha filed his Form N-400, Application for Naturalization, with the United States Citizenship and Immigration Naturalization Service Center, California on or about August 19, 2005.

9. Amar Bellaha was interviewed by Immigration Officer on December 15, 2005 and successfully

passed the English language and history and government tests. (See Ex. 1, Form N-652, Naturalization Interview, for proof of successful passage of both tests). To this day, over one year and five months after the interview, Amar Bellaha still awaits the decision.

10. Amar Bellaha changed his address to his present address in Hayward California. Amar Bellaha duly changed his address with the United States Citizenship and Immigration Services ("USCIS"). (See Ex. 3, Proof of Change of Address form from the USCIS ).

11. Amar Bellaha has made numerous inquiries with the USCIS and also several congressional inquiries with no success.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Plaintiff has exhausted his administrative remedies. Plaintiff has made numerous inquiries with the USCIS including congressional inquiries (See collective Ex. 4). Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to be naturalized as U.S. Citizen.

**CLAIMS**

17. Defendants have willfully and unreasonably have delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

18. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

19. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1.   Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

2. Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

3. Grant such other and further relief as this Court deems proper under the circumstances; and

4. Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this ____th day of May 2007.

Respectfully submitted,

Attorney for Plaintiff

_____
Shah Peerally, Esq.
Attorney for Plaintiff