"Exhibit 1"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: A076364228

On _____, you were interviewed by USCIS officer _Mite_

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

AMAR BELLAHA
2201 ROMEY LANE
HAYWARD CA 94541

Form N-652 (Rev. 01/14/05)N

"Exhibit 2"

# CALIFORNIA

## DRIVER LICENSE
B8742497

CLASS: C



AMAR BELLAHA
24083 MADEIROS AVE
HAYWARD CA 94541

SEX: M    HAIR: BLK    EYES: BRN
HT: 5-06  WT: 160      DOB: 10-24-74



08/31/2006 739 RB    FD/11

# PERMANENT RESIDENT CARD

BELLAHA, AMAR M

INS A# 076-364-229

Birthdate    Category    Sex
10/24/74     SR6         M

Country of Birth
Morocco



```
C1USA0763642287WAC9823452283<<
7410242M1105234MAR<<<<<<<<<<9
BELLAHA<<AMAR<M<<<<<<<<<<<<<<<
```



<u>**"Exhibit 3"**</u>

AMAR BELLAHA
24083 MADEIROS AVE
HAYWARD, CA 94541

Received Date:
Notice Date:       28-Feb-2007
Applicant Name:    AMAR BELLAHA
A-Number:          076364228
Main Phone #:      510-088-9089
Second Phone #:

Dear Applicant,

We have processed your change of address request and updated our systems to include your new address. Future correspondence from USCIS regarding your application will be sent to the mailing address on this notice.

**Mailing Address**

24083 MADEIROS AVE
HAYWARD, CA 94541

**Residence Address**

24083 MADEIROS AVE
HAYWARD, CA 94541

Thank you for using our new change of address by phone system. It is one of several new services that the USCIS is offering to improve the naturalization process and increase the satisfaction of our customers.

Internal use Only: Call Number 210343680 (NA) - Sensitive But Unclassified

https://apps.cis.dhs.gov/coa/Notices.asp

Form I-797C (2/28/2007) N

"**Exhibit 4**"

U.S. CIS - 04-30-2007 05:11 PM EDT

**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**

Monday, April 30, 2007

AMAR BELLAH
24083 MADEIROS AVE
HAYWARD CA 94541

Dear AMAR BELLAH:

On 04/24/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | BELLAH, AMAR |
| **Your USCIS Account Number (A-number):** | A076364228 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

BARBARA BOXER
CALIFORNIA

COMMITTEES
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS



United States Senate
HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

February 1, 2007

Mr. Amar Bellaha
24083 Madeiros Ave
Hayward, California 94541

Dear Mr. Bellaha:

Thank you for your recent correspondence to Senator Boxer, regarding your application for naturalization.

Senator Boxer has submitted a formal inquiry to San Francisco Citizenship and Immigration Services (CIS), asking that CIS provide your application with every consideration consistent with their rules and regulations. Please note that CIS's current response time to Senatorial inquiries is approximately 4-5 weeks.

Once again, thank you for allowing Senator Boxer the opportunity to address your concerns.

Sincerely,

Jason J. Chan
Assistant to the
Director of Constituent Services

BB:jjc

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 I STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 B STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH E STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

FORTNEY PETE STARK
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS
JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494-1388

PETEMAIL@MAIL.HOUSE.GOV

**CONGRESS OF THE UNITED STATES**
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

August 23, 2006

Amar Bellaha
24083 Medeiros Ave.
Hayward, CA 94541

Dear Mr. Bellaha:                    Ref: A76 364 228

In reply to my inquiry on your behalf, Citizenship and Immigration Services in San Francisco has informed me that your case is pending the background check. All applicants must have a background check regardless of the benefit they are applying for. Unfortunately, the CIS has no control on the processing time for the FBI to complete their action. If you do not receive correspondence directly from the CIS in 90 days, please let me know and I will place another inquiry on your behalf.

Sincerely,

Pete Stark
Member of Congress

FHS/ibi

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

August 23, 2006

Mr. Amar Bellaha
24083 Madeiros Ave
Hayward, California 94541

Dear Mr. Bellaha:

Thank you for your recent correspondence to Senator Boxer's office regarding the security check pertaining to your immigration application with the U.S. Citizenship and Immigration Services.

After contacting the Federal Bureau of Investigation, your security check is still pending. Since the terrorist attacks of September 11, 2001, the Bureau of Citizenship and Immigration Services has been engaged with other U.S. government agencies in an extensive and ongoing review of visa-issuing practices, immigration policies including the clearance procedures as they relate to the security of U.S. borders. As a result, there has been a delay in immigration and naturalization applications.

The time needed for adjudication will continue to be difficult to predict, as necessary new procedures are refined. Due to the sensitive nature of these clearances, U.S. security will not be compromised and there are no expedites or information being released to third parties, including congressional offices. I have included a fact sheet regarding Immigration Security Checks for your reference. If you wish to find more information regarding these clearances, you may visit the Department of State website at www.travel.state.gov, or the Bureau of Citizenship and Immigration Services website at www.uscis.gov.

Thank you for writing to Senator Boxer. I regret that we are unable to be of more assistance regarding this matter.

Sincerely,

Jason J. Chan
Assistant to the
Director of Constituent Services

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 I STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 B STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH E STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

FORTNEY PETE STARK
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS
JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494-1388

PETEMAIL@MAIL.HOUSE.GOV

# CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515

July 26, 2006

Amar Bellaha
24083 Medeiros Ave.
Hayward, CA 94541

Dear Mr. Bellaha:                          Ref: A76 364 228

Thank you for contacting me for assistance.

I have given the information you provided to the appropriate authority. They are aware of my interest in the case, and I'll let you know as soon as I receive a reply.

Sincerely,

Pete Stark
Member of Congress

FHS/ibi

BARBARA BOXER
CALIFORNIA

COMMITTEES
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

July 19, 2006

Mr. Amar Bellaha
24083 Madeiros Ave
Hayward, California 94541

Dear Mr. Bellaha:

Thank you for your recent correspondence to Senator Boxer, regarding your application for naturalization.

Senator Boxer has submitted a formal inquiry to San Francisco Citizenship and Immigration Services (CIS), asking that CIS provide your application with every consideration consistent with their rules and regulations. Please note that CIS's current response time to Senatorial inquiries is approximately 4-5 weeks.

Once again, thank you for allowing Senator Boxer the opportunity to address your concerns.

Sincerely,

Jason J. Chan
Assistant to the
Director of Constituent Services

BB:jjc

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 I STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 B STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH E STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**

Tuesday, May 2, 2006

AMAR BELLAHA
2201 ROMEY LN.
HAYWARD CA 94541

24083 madeiros Ave
Hayward CA 94541

Dear AMAR BELLAHA:

On 05/01/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | The applicant |
| Attorney Name: | Information not available |
| Case type: | N400 |
| Filing date: | 08/19/2005 |
| Receipt #: | |
| Beneficiary (if you filed for someone else): | BELLAHA, AMAR |
| Your USCIS Account Number (A-number): | A076364728 |
| Type of service requested: | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



U.S. CIS - 05-02-2006 06:05 PM EDT

**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111



U.S. Citizenship and Immigration Services

Tuesday, May 2, 2006

AMAR BELLAHA
2201 ROMEY LN
HAYWARD CA 94541

Dear AMAR BELLAHA:

On 05/01/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 08/19/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | BELLAHA, AMAR |
| **Your USCIS Account Number (A-number):** | A076364228 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request, we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 05-02-2006 06:03 PM EDT

**"Exhibit 1"**