**Addendum I for Summons – Name of Defendants**

**AMAR BELLAHA    v.**

| | | |
|---|---|---|
| U.S. Attorney General | - | Gonzales, Alberto |
| Secretary, Homeland Security | - | Chertoff, Michael |
| Director, USCIS | - | Gonzelez, Emilio |
| Director, FBI | - | Mueller, Robert S. III |
| USCIS, California | - | Poulos, Christina |