**Addendum II for Summons – Name of Addresses of Defendants**

**U.S. Attorney General        -        Gonzales, Alberto**
Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Secretary, Homeland Security        -        Chertoff, Michael**
Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

**Director, USCIS        -        Gonzelez, Emilio**
Emilio Gonzalez
Secretary of the United States Citizenship & Immigration Services
U.S. Department of State
2201 C Street NW Washington, DC 20520

**Director, FBI        -        Mueller, Robert S. III**
Robert S. Mueller, III
Director of the Federal Bureau of Investigation
San Francisco Headquarters
450 Golden Gate Avenue
13th Floor, San Francisco CA 94102

**USCIS, California        -        Poulos, Christina**
Christina Poulos, Acting Director of the California Service Center
USCIS, California Service Center
California Service Center
P.O. Box 30111, Laguna Niguel, CA 92607-0111

**U.S District's Attorney's Office, San Francisco, CA.**
Civil Processing Clerk
U.S. District Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Case 3:07-cv-02872-BZ     Document 3-3     Filed 06/01/2007     Page 2 of 2