SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAR BELLAHA, ) <br> ) <br>        Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> ALBERTO GONZALES, Attorney General of the ) <br> United States; MICHAEL CHERTOFF, Secretary ) <br> of the Department of Homeland Security; ) <br> EMILIO GONZALEZ, Director of United States ) <br> Citizenship and Immigration Services; ) <br> ROBERT S. MUELLER, III, Director of the ) <br> Federal Bureau of Investigation; CHRISTINA ) <br> POULOS, Director of the California Service ) <br> Center; et al., ) <br> ) <br>        Defendants. ) <br> _____ ) | No. C 07-2872 PJH <br><br> **STIPULATION TO EXTEND DATES;** <br> **and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 1, 2007. Defendants' answer is currently due on August 10, 2007.

    2. Pursuant to this Court's June 1, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 30, 2007, and attend a case management conference on September 6, 2007.

Stipulation for Extension
C 07-2872 PJH

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 27, 2007 |
| Last day to file Joint ADR Certification: | October 4, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 18, 2007 |
| Case Management Conference: | October 25, 2007, at 2:30 p.m. |

Date: August 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 10, 2007

/s/
SHAH PEERALLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

PHYLLIS J. HAMILTON
United States District Judge

Stipulation for Extension
C 07-2872 PJH