1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 AMAR BELLAHA,                          )
                                          )
13              Plaintiff,                )   No. C 07-2872 PJH
                                          )
14         v.                             )
                                          )
15 ALBERTO GONZALES, Attorney General of the ) **STIPULATION TO EXTEND DATES;**
   United States; MICHAEL CHERTOFF, Secretary ) **and [PROPOSED] ORDER**
16 of the Department of Homeland Security;  )
   EMILIO GONZALEZ, Director of United States )
17 Citizenship and Immigration Services;    )
   ROBERT S. MUELLER, III, Director of the  )
18 Federal Bureau of Investigation; CHRISTINA )
   POULOS, Director of the California Service )
19 Center; et al.,                          )
                                            )
20              Defendants.                 )
                                            )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff filed this action on or about June 1, 2007. Defendants' answer is currently due on

25 August 10, 2007.

26     2. Pursuant to this Court's June 1, 2007 Order Setting Initial Case Management Conference,

27 the parties are required to file a joint case management statement on August 30, 2007, and attend a

28 case management conference on September 6, 2007.

Stipulation for Extension
C 07-2872 PJH

3.  Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 27, 2007 |
| Last day to file Joint ADR Certification: | October 4, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 18, 2007 |
| Case Management Conference: | October 25, 2007, at 2:30 p.m. |

Date: August 10, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: August 10, 2007                    SHAH PEERALLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/15/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Extension
C 07-2872 PJH