SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAR BELLAHA, | ) |
|     Plaintiff, | ) No. C 07-2872 PJH |
|     v. | ) |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Director of the California Service Center; et al., | ) **ANSWER** |
|     Defendants. | ) |

    The Defendants hereby submit their answer to Plaintiff's Civil Action to Compel Defendants to Complete Naturalization Process.

    1. Paragraph One consists of plaintiff's characterization of this action, and thus no admission or denial is required.

    2. Defendants admit the allegations in Paragraph Two.

    3. Defendants deny the allegations in Paragraph Three as the FBI name checks have not been returned as required by statute and regulation.

ANSWER
C 07-2872 PJH

4. Defendants admit the allegations in Paragraph Four.

5. Paragraph Five consists of plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, defendants deny the allegations contained in this paragraph.

## FACTS

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

The unnumbered paragraph under the heading "Exhaustion of Administrative Remedies" consist solely of plaintiff's conclusions of law for which no answer is necessary; however, to the extent a response is deemed to be required, defendants deny the allegations in this paragraph.

## CLAIMS

17. The allegations contained in Paragraph Seventeen consist solely of plaintiff's conclusions of law for which no answer is necessary; however, to the extent a response is deemed to be required, defendants deny the allegations in this paragraph.

18. The allegations contained in Paragraph Eighteen consist solely of plaintiff's conclusions of law for which no answer is necessary.

19. Defendants deny the allegations in Paragraph Nineteen.

The remaining paragraph consists of plaintiff's prayer for relief and request for costs and fees, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, defendants deny the allegations in this paragraph.

## **FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

ANSWER
C 07-2872 PJH

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the Complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

WHEREFORE, defendants pray for relief as follows:

That judgment be entered for defendants and against plaintiff, dismissing plaintiff's Complaint with prejudice; that plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: September 27, 2007              Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       _____/s/_____
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorneys for Defendants

ANSWER
C 07-2872 PJH