UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMAR BELLAHA,

        Plaintiff(s),

    v.

ALBERTO GONZALES, et al.,

        Defendant(s).
_____/

No. C 07-2872 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Local Rule 72-1 and the consent of the parties, as indicated in the joint case management statement, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment.

The case management conference scheduled for **October 25, 2007**, on the calendar of the undersigned judge, is VACATED. The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: October 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J