## UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### October 19, 2007

**CASE NUMBER:  CV 07-02872 PJH**
**CASE TITLE:  AMAR BELLAHA-v-ALBERTO GONZALES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable BERNARD ZIMMERMAN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **BZ** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                            Entered in Computer 10/19/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                   Transferor CSA