UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAR BELLAHA, | ) | |
|     Plaintiff(s), | ) | No. C 07-2872 BZ |
| v. | ) | **NOTICE SETTING** |
| ALBERTO GONZALES, Attorney General of the United States, et al., | ) | **STATUS CONFERENCE** |
|     Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, November 26, 2007 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: October 24, 2007

                                             *Rose Maher*
                                Rose Maher - Deputy Clerk to
                                Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\BELLAHA V. GONZALES\STATCON.wpd

1