SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAR BELLAHA, | ) |
|             Plaintiff, | ) No. C 07-2872 BZ |
| v. | ) |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Director of the California Service Center, | ) **STIPULATION TO EXTEND STATUS CONFERENCE; AND [PROPOSED] ORDER**<br><br>) Date: November 26, 2007<br>) Time: 4:00 p.m. |
|             Defendants. | ) |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval by this Court, to extend the date of the status conference in this case, currently scheduled for November 26, 2007, in light of the following

    (1)  The plaintiff is a lawful permanent resident of the United States who filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on August 19, 2005.

    (2)  The plaintiff was interviewed by an immigration officer on December 15, 2005.

    (3)  The plaintiff's application for naturalization is pending.

STIPULATION TO EXTEND STATUS CONFERENCE
C07-2872-BZ                                          1

1    (4) On June 1, 2007, the plaintiff filed this action pursuant to 8 U.S.C. § 1447(b), which provides that if USCIS has not adjudicated a naturalization application within 120 days of examining the applicant, the applicant may ask the District Court for a hearing on his or her naturalization application.  The District Court may then either hold an evidentiary hearing on the naturalization application or remand to USCIS with appropriate instructions.

(5) On October 18, 2007, the parties filed a joint case management statement, which included a proposed schedule on a motion to remand which the government intended to file.

(6) In light of the reasonable probability that this case may be resolved administratively within the next 60 days, the parties jointly ask this Court to vacate the status conference, which is currently scheduled for November 30, 2007, and to re-schedule the status conference for January 28, 2008.

(7) If this case is not resolved within the next 60 days, the parties will file a joint status report seven days in advance of the status conference.  In that joint status report, the parties will propose a new schedule on any motion to remand to be filed by the government.

Dated:  November 15, 2007                                  /s/
                                                                              SHAH PEERALLY
                                                                              Attorney for Plaintiff


Dated:  November 15, 2007                                  /s/
                                                                              EDWARD A. OLSEN
                                                                              Assistant United States Attorney
                                                                              Attorney for Defendants


**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the status conference, currently scheduled for November 30, 2007, is re-scheduled to January 28, 2008, at 4:00 p.m.

Dated:  November ___, 2007                          _____
                                                                              BERNARD ZIMMERMAN
                                                                              United States Magistrate Judge

STIPULATION TO EXTEND STATUS CONFERENCE
C07-2872-BZ                                                                  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND STATUS CONFERENCE
C07-2872-BZ                                                    3