1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   AMAR BELLAHA,                              )
12                                            )   No. C 07-2872 BZ
                   Plaintiff,                 )
13                                            )
           v.                                 )
14                                            )
   ALBERTO GONZALES, Attorney General         )   **STIPULATION TO DISMISS; AND**
15 of the United States; MICHAEL CHERTOFF,    )   **[PROPOSED] ORDER**
   Secretary of the Department of Homeland    )
16 Security; EMILIO GONZALEZ, Director of     )
   United States Citizenship and Immigration  )
17 Services; ROBERT MUELLER, Director of      )
   Federal Bureau of Investigation;           )
18 CHRISTINA POULOS, Director of the          )
   California Service Center,                 )
19                                            )
                   Defendants.                )
20

21      The plaintiff, by and through his attorney of record, and defendants, by and through their

22 attorneys of record, hereby stipulate, subject to approval by this Court, to dismissal of the above-

23 entitled action on the ground that United States Citizenship and Immigration Services (USCIS) has

24 committed to adjudicating the plaintiff's application for naturalization within 30 days of when

25 plaintiff returns his affidavit to USCIS as requested.

26      Each of the parties shall bear their own costs and fees.

27

28

STIPULATION TO DISMISS
C07-2872-BZ                                        1

Dated: January 16, 2008 /s/
SHAH PEERALLY
Attorney for Plaintiff

Dated: January 16, 2008 /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January ___, 2008     _____
BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION TO DISMISS
C07-2872-BZ                    2