1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAR BELLAHA, ) | |
| Plaintiff, ) | No. C 07-2872 BZ |
| v. ) | |
| ALBERTO GONZALES, Attorney General ) of the United States; MICHAEL CHERTOFF, ) Secretary of the Department of Homeland ) Security; EMILIO GONZALEZ, Director of ) United States Citizenship and Immigration ) Services; ROBERT MUELLER, Director of ) Federal Bureau of Investigation; ) CHRISTINA POULOS, Director of the ) California Service Center, ) Defendants. ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval by this Court, to dismissal of the above-entitled action on the ground that United States Citizenship and Immigration Services (USCIS) has committed to adjudicating the plaintiff's application for naturalization within 30 days of when plaintiff returns his affidavit to USCIS as requested.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C07-2872-BZ                                                         1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 16, 2008 | /s/ |
| 3 | | SHAH PEERALLY<br>Attorney for Plaintiff |

Dated: January 16, 2008       /s/
                              EDWARD A. OLSEN
                              Assistant United States Attorney
                              Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  January 17th, 2008                    _____
                                              BERNARD ZIMMERMAN
                                              United States Magistrate Judge



STIPULATION TO DISMISS
C07-2872-BZ                          2